Argued and submitted December 12, 2019, appeal dismissed January 29, 2020

In the Matter of W. Q.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

V. A. R.,
aka V. R.,
*Appellant.*

Wallowa County Circuit Court
16JU10116, 17JU09739;
A171503 (Control), A171504

456 P3d 384

Thomas B. Powers, Judge.

Sarah Peterson, Deputy Public Defender, argued the cause for appellant. Also on the briefs was Shannon Storey, Chief Defender, Juvenile Appellate Section, Office of Public Defense Services.

Inge D. Wells, Assistant Attorney General, argued the cause for respondent. Also on the briefs were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Lagesen, Presiding Judge, and Powers, Judge, and Landau, Senior Judge.

PER CURIAM

Appeal dismissed.

**PER CURIAM**

Subsequent events have overtaken this appeal in which mother seeks reversal of an order denying her motion under ORS 419B.923 to set aside permanency judgments pertaining to her son, W. In mother's direct appeal of those judgments, we reversed them, thereby setting them aside ourselves. *Dept. of Human Services v. V. A. R.*, 301 Or App 565, 456 P3d 681 (2019). That renders this appeal moot. To the extent this appeal might implicate ORS 14.175, we would decline to exercise our discretion under that statute to resolve an otherwise moot dispute. We accordingly dismiss the appeal.

Appeal dismissed.